**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Marque MESSIAH, a/k/a Sandman,
Defendant–Appellant.**

No. 02–6396.

United States Court of Appeals,
Fourth Circuit.

Submitted May 16, 2002.

Decided May 28, 2002.

Marque Messiah, Appellant Pro Se. Paul Thomas Camilletti, Office of the United States Attorney, Wheeling, West Virginia, for Appellee.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Marque Messiah seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West

Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Messiah,* Nos. CR–94–134; CA–00–8–3 (N.D.W.Va. Feb. 11, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*